IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-399-RP |
| | § | |
| 3M COMPANY and AERO TECHNOLOGIES, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On April 10, 2019, the plaintiff dismissed without prejudice all claims against the defendants in this case pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 17, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE